I'm Clark. Call the first case. How are you? And what kind of time do you want? 15 minutes. Okay. And let me state that we read the brief and we read all the pertinent cases. So 15 has to be fine. Council Okay. Very good. Thank you. I just ask that both of you keep your voices up. Thank you. Sorry for the use of the Walker. Thank you. My name is William Hart. Is it better for you to stand or be seated? Which is best for you? Seated. Be seated. And not having a microphone now, we have to ask you to elevate your voice. Mm hmm. It's another involved case in Morgan Place. Is he, and it rising 20 years? Thank you for side. Yeah. Yeah, efforts. Mhm, I believe yeah, work very initially finally property. And after a lot of effort, it was able to get a permit for Morgan. Yeah, yes. Mhm. In forward infection which is East no what like yeah, uh, mhm. Assistant the erecting Yeah, Uh huh. Yeah. and yeah, mmhm, person uh, right? He effective rather work. Council, if you can speak a little louder because everything is being recorded and I've just been told by the clerk that since you're not the microphone that he's not picking up the your voice. Okay. What? Council, let me ask you with the walking you have. Is it possible that that Walker can be pushed up here and you can still sit down? Because I realized that we want to make you as comfortable as possible. That's how I make your presentation. That's all right. I just want to get to the stop work order that was initiated in I believe in old four. Uh, the suggestion was made that there was some work to be performed, some problems that were incurred. So they they the license was stopped. In any event, after meeting at the Siddiqui hired an attorney named Skowronski. And after meeting with Hernandez and various people, the uh, license was reinstated and work was performed very substantially on the uh, Morgan Place. And meetings were held with a number of representatives of the city with respect to the work being performed. And after the reinstatement in 05 April uh, there were negotiations with the city with respect to settlement of this matter. And an offer was made by the city to Siddiqui for $3,000,000,250,000. Uh, that was the offer by the city the uh, Siddiqui counted because of the enormous expense that he had incurred with the $9,000,000,000 as proposal. However, that didn't work and the stay order was uh, was imposed again. And went forward with the ultimate litigation in the case. The litigation of the case that the trial court erred, we suggest, in finding that Siddiqui uh, never submitted revised plans and that the city could not be ordered to allow resumption of the construction, but that was we suggest you based upon the record in error. Consequently, the trial court erred in that respect. Let me uh, let me stop you for a minute, counsel, and just raise this question to you. And then you tell me if I have the sequence of events correct. In 1997, there was ordinance introduced to create a plan manufacturing district. And then there were also notices of public hearings in 1998. Yes. Okay, and then in 1998, in March 1998, the Chicago Plan Commission recommend the approval of the plan manufacturing district. Then in April of 1998, the Chicago City Council, they approved  PMG. Yes. Now, so all that happened back in 1998. A lot of work performed. Okay, now in 1999, Siddiqui's plan was approved Yes. by the City Department, I guess, who takes care of that plan. That's correct. And they issued him a permit. Yes. Okay. Then I guess somewhere down the line, someone realized that this permit, I assume, could not be issued because there was an ordinance on the record that made this a PMD zone. And so things kind of took off from there. But is it a fact that the City Council and the Chicago Plan Commission did approve this property Yes. to be the PMD? Yes. So how do we get around all that? I don't know. We don't get around it. Okay. It was a planned proposal and Siddiqui was approved. He went forward with the work under the circumstances with the City. He had people working with the City and consequently it was not until 04 that they rescinded the license. Now, I see. Didn't they say that when they issued this permit back in 1999 that no work was begun on the property within a six-month period of time? So the work didn't start until That's right. 04? So is there a rule that says that if you have a building permit that you're supposed to start working or do something within a six-month period of time? Yes, and work was performed. Okay. What work was performed? Well, planning was performed with respect to identification of the work that was to be done. All of that work was performed with respect to knowledge of the City and with the cooperation of the City and consequently it went forward. It was not until 04 that the license was suspended and based upon alleged I don't know. So you think that the planning met the requirements for going forward within six months? Yes. And could your client have gone forward with his plans without a permit? Could he have performed planning without a permit? He could have performed planning without a permit and probably did with respect to identification of what the work was to be performed working with the City. Now during this entire procedure they work with the City consistently specifically identifying the names of the people responsible for it. In any event the license was revoked in 04 and thereafter there were negotiations with respect to what was to be done. The Cedici hired an attorney Pekarsky to work with the City. They did and it was reinstated in 05. And they then had meetings with I don't know maybe six representatives of the City with respect to what to do. And ultimately in April of 05 the offer was made by the City to Cedici for in excess of three million dollars. But by that time Cedici had incurred various expenses including seven eight million dollar lien that he had based upon the reinstatement and based upon the initial licensing. Now after the nine million dollar proposal was made by Cedici in response to the City's offer to settle with Cedici the stop work order was again issued in June 105 and we assert respectfully that the trial court erred in finding there was insufficient evidence to demonstrate that Cedici and Morgan Place are entitled to fees and costs as a sanction for the City's violation of Supreme Court Rule 137. We assert trial court erred in finding that Morgan Place never submitted revised plans and they did and the evidence is absolutely certain in that respect. The trial court erred in citing Addis versus City of Chicago because it was not on the issues as they had been worked with respect to Cedici. Cedici was straightforward, had an attorney named Bukarski, worked with Hernandez and the rest of the people and they stopped work order after the second trial court settlement proposal of April 1905 was worked with respect to the City and was rejected the stop work order issued. We assert again and again and again that Morgan Place went forward with the work that was to be performed very substantially. Cedici incurred very substantial expenses with respect to the work orders that had been issued and the reinstatement and that there was error in the uh decision that there should be not, there should be no compensation to him on that respect. We also assert in the brief trial court erred in refusing to sanction the city for demonstrably false pleadings and proving Cedici and Morgan Place and Cosas incurred as a result of the city's false pleadings respectfully. That is the case with respect to the city in this respect and we ask for relief Any further questions? How much, approximately how much did your client spend while the permit was still active? No stop work order? In excess, there was some testing done? Testing was performed building all of that was, excavated, is there, excavation I know you said somewhere, approximately how much did this come up to? In excess of nine million dollars, we suggest to you he incurred a lien of seven million dollars that he borrowed and and utilized with respect to the expenses incurred in this extended period of time all of this with the knowledge of the city Was there any attempt to negotiate what the city was offering? After the initial offer of the city of three million two fifty and the counter offer of nine million dollars there was initially an attempt to negotiate but the city just did not negotiate and just revoked the the license There was no attempt either to go to a neutral person like an arbitrator or mediator to try to help settle? Would have Would have but there was no attempt by the city No attempt by you? We wanted to work on a settlement but they didn't You know we have a mediation service up here, did anyone approach the mediation service? No Okay, just wanted to mention it Thank you My my concern is that by reading the facts and the reason it kind of appears to me that the building permit back in 1999 should not have been issued based on the fact that the City Council changed zoning back in I think 1998 But it was issued But it was issued Yes So how do you answer this question? How do you have a right to a building permit that was illegal when issued? We suggest that it was not illegal It should have been issued but Hernandez because of circumstances within the city claimed that there were errors within the city when they issued There was also significant resistance to the work being performed in Morgan Park in the area But notwithstanding that in good faith Cedici went forward and worked and obtained the the work order obtained it then when it was withdrawn got it reinstated when Pekarsky came on the scene It was reinstated Work continued then significant work with respect to the Morgan Place and it was suspended when the city uh refused him to reinstate So then your position I assume then is that Cedici did not know that the zoning had been changed? He knew the zoning had been changed but the work order was reinstated notwithstanding the change But at the time I presume at the time the permit was issued the city didn't know of the zoning change The city didn't know, must have known They didn't know but they still issued the permit? Yes Thank you Anything else? Thank you Thank you sir Thank you Certainly Thank you Good morning Good morning, may it please the court Blackwater law makes clear that vested rights do not lie Should the circuit court correctly determine that the plaintiff was on notice of the zoning change in issue here prior to the submission of this permit application Could you just keep your voice up a little bit more? Certainly Blackwater law also makes clear that a stopper cannot lie where the acts that the plaintiff relied upon were not official acts And the circuit court's finding that both the original issuance of the permit and later reinstatement of it were ultra-virus acts was not against the manifest weight of the evidence Judgment of the circuit court with regard to the plaintiff's claims should be affirmed This morning I plan on addressing both the plaintiff's claims and the city's first two counterclaims Of course I welcome questions on any topic Let me ask you a question to start with At the time the city issued the permit Yes At the time did the city know that the law had changed the zoning law had changed? The officers in charge of issuing the permit I believe were unaware of the change However, the zoning change itself was an official change and it was part of the official record You know, you're saying that was not an official act of the city? Correct The permit was incorrectly issued and in fact the officer who was in charge of issuing it was substantially disciplined How long did it take you to realize, the city that is how long did it take the city to realize the permit should not have been issued? Regrettably it took several years before we became aware of the error About four years Four years Now during that time you're not contesting, I take it that the appellant spent a lot of money Yes, we are contesting that point I think the evidence You offered at least three million for We offered three and a quarter million but what the evidence shows that the plaintiff spent the first thing to note I think the first key date is that the plaintiff didn't receive his loan to proceed with the construction until May of 2004 The first stop order issued in October of 2004 So we're looking at a five month period there even though the delay, I agree, was four years There were pictures that showed buildings on it That's correct And who built those buildings? The pictures showed some amount of work that had occurred but it was certainly not the nine million dollars Not a substantial amount No, we don't believe so How much would it take to tear down those buildings? I don't believe any but there's any evidence on the cost to tear down But if you accept plaintiff's numbers on the cost that they put in and I think in our brief we outline a lot of reasons why you shouldn't accept their numbers but if you accept the most that they claim to have expended that was about $480,000 And when you look at that under the test set forth by the Supreme Court in Healy you don't just look at that number in a vacuum you need to look at it in proportion to the total cost of the project The evidence shows a conservative estimate of the total cost of the project was 15 million dollars The evidence also shows that a conservative estimate of Jerry Cedici's net worth was over 20 million dollars When you look at those numbers you're coming down to something around one or two percent and we would say that when you look at it in proportion which the Supreme Court indicates that you ought to do that is not, in fact, a substantial change in position So you're saying the figure of nine million dollars was unrealistic Yes, absolutely I think that the evidence on that is actually very interesting Not only do the plaintiffs only claim to have expended $480,000, not nine million and there's certainly only evidence showing $480,000 in receipts but the nine million dollar counteroffer that they came forward with this gets into some of the minutia of the testimony at trial but it was based upon these pre-sale contracts The attorney had put together a binder that included a certain number of pre-sale contracts for these condominium units and the testimony showed that the reason people thought these pre-sale contracts were actually relevant is because they were backed up with earnest money Each one was accompanied by a check for $20,000 The evidence also showed that Jerry Cedici paid each of the people who had given him a pre-sale contract $20,000 These were all sham transactions The nine million dollar number does not stand up So he has a plan for residential homes and development Make sure I got this right and he goes to the city and goes to the appropriate department zoning or planning or whatever and says I got this plan this plan is going to cost a lot of money Right and I want to develop on this land and I want you to approve it before I get going and they approved it They approved it He gets going then you tell him wait a minute we should not have approved it We made a mistake, absolutely and I would be very clear with the court the city is not proud of that How did that happen? Incompetence Counselor Who else could have issued this permit? Besides Mr. Hernandez, is it? Mr. Hernandez did the re-issuance of the permit but the original issue the permit was void ab initio when it was initially issued in 2000 Do I have no right to rely upon the city's building department issue I have no right to rely upon that That's correct and I think there's numerous cases from this court Wasn't there also a work order a subsequent work order issued? Are you referring to the stop work orders or the reinstatement of the permit? The reinstatement Right In January of 2005 the permit was reinstated by Hernandez However, Hernandez testified without reservation that he did not have authority to override the express limitations in that zoning classification Is it also a fact that Hernandez said I think I read somewhere where he went to the law department for the city of Chicago and the law department told him to do what he did? That's correct In that instance, I would have If I get a permit from the city should I then hire an attorney someone as high priced as you and Mr. Hart and say is this legal? The facts of this case show first, the circuit court unequivocally found that Mr. Cedici was on notice of the change in the zoning ordinance So if your honor was issued a permit and you knew that it was in direct derogation of the limitations on your parcel of land then yes, I would absolutely hire hire an attorney and that is the facts of this case I can't rely upon the city's permit If you are not an innocent property owner no, if you have knowledge that your permit was issued improperly you cannot rely upon that permit You can't get that knowledge Well here, the circuit court correctly found the circuit court correctly found that Mr. Cedici was on notice first in October 1997 when the change in the zoning ordinance was proposed That's constructive notice, right? That's constructive He didn't actually have notice You're not arguing that The other thing that happened in February 1998 the city sent out no fewer than three letters to owners of that property indicating that there would be that there would be hearings on the proposed zoning change I think that's actual notice The court finds its notice one way or the other You can, I suppose read a little leeway into that whether that's actual or constructive The court also found Did Cedici say that he had actual notice or are we talking about constructive notice? I don't believe Cedici ever admitted actual notice but I think the court found it The court also found that the architect that Cedici had hired testified that everybody knew that the zoning change was occurring and that's exactly why Cedici was in such a hurry to get his permit submitted So I think that fact finding also really buttresses the fact that we're not talking about an innocent purchaser here The other thing with regard to reliance on the city's representations I would just circle back and touch on some of the black letter law This court has made clear numerous times that a person that's dealing with with a municipal government takes upon itself the risk that the officials that it's dealing with are acting outside of the scope of their authority and that's black letter law and now I understand your honor finds that to be a very harsh result and in some instances it certainly could be But I think part of the reason for that and especially if you look at this court's decision in ADEX is the fact that instead of a case where you have two private parties and you're just trying to figure out what rights lie between those two parties here one of the parties is a municipality So the rights involved are not just the city's rights It's not just my rights It's the residents of the city and also all of the businesses that are located within the planned manufacturing district who have done nothing wrong here If you allow The residents did not complain They did not file a lawsuit as they could have That's correct However, I think the record is very clear Complaintants stress this point repeatedly in their presentation of the evidence that the business groups were up in arms over this that there were numerous letters that there was a press conference held with regard to this There was a lot of a lot of problems that the community viewed with the fact that the city had improperly allowed a residential unit to go into the planned manufacturing district You had a counterclaim Do you want to address that? Certainly, I'd be happy to Unless I thought you were offended No, the On the equities I think we've touched on the main points I did want to also stress, however that where the plaintiff is here in court seeking equitable relief it's proper for the court to also look at poor conduct on the part of the plaintiff and independent of the counterclaims we know that the building that while plaintiffs claimed that they were relying on this permit in good faith we know that the building that they constructed actually bore no resemblance to the plans that were actually approved by the city The foundation was totally different The structural supports were totally different They never They did not notify the city of those changes or seek approval for those changes until 2008 well after the time that they had actually constructed it and built it There were no planned building plans on the site That's a big reason to ask There's also no building plans on the site That's correct So I would Just out of curiosity where would I keep them if I were the owner? Wouldn't I bring them home? Would I leave them on the site? Well I would A. I would assume that I'm not a construction person I would assume there's multiple copies of the plans I'm familiar I'm familiar with the requirement I always question I'm sorry? I'm familiar with the requirement I always just thought why would you require it Oh Well the requirement is actually exactly for the reason what happened here which is from time to time the city sends inspectors out to construction sites to confirm that the building that's going up is actually the building that's being approved and that it's structurally sound My thoughts back when I was doing these things was if I start pouring the foundation is the owner required somehow still to keep the plans? Yes I think in the face of the permit if you go back through the record and actually look at the face of the permit it says plans must be kept on site at all times and that's precisely to allow the city to make sure that the buildings are structurally sound and that there is no deviation from the permit So just sort of one more layer of why the equities do not favor the plaintiffs in this case even though the city erroneously issued a permit they weren't even relying on that they were going off in their own direction at the time they were expending all this money When the city back in October of 2004 when the city issued the stop work order I believe I read you correct me if I'm wrong that one reason why they had to stop work order is because work was not started or begun within six months of the permit being issued That's correct Can you talk about that? And when you say six months six months to go out there and break ground or what does that six months mean? Right I think your honor is hitting on the exact right things This permit issued I believe in June of 2000 ultimately there was a six month period there where it's very typical that I believe it's a general requirement in the zoning ordinance but it's also usually specifically written in to them that you need to break you need to break ground you need to begin work on the property in the first six months Now there's no evidence in the record here that that happened I know counsel referred a little bit to some planning that was going on The court made no factual findings with respect to that and there was no evidence in the record with respect to that The evidence in the record is that the plaintiff didn't obtain his loan until May of 2004 and while he did plenty of work at that point that was not in the first six months after the issuance of the permit So if the court wanted to go in that direction I think it certainly could The circuit court I believe in a footnote explains its reasoning for not and that was simply because the city delayed as well With regard to the counterclaims we would urge the court to reverse the judgment of the circuit court The two counterclaims that we press on appeal are brought under Municipal Code Sections 2-156-040B and 2-156-040C Just briefly, the first one bars any gifts based upon a mutual understanding either explicit or implicit that the official actions, decisions or judgments of any official concerning the business of the city would be influenced thereby The second one prevents any person with an economic interest from giving either directly or indirectly any gift to a city official or employee whose decision may affect such a transaction Here, it's undisputed that the Cedici brothers provided free meals to high-ranking city officials during the time period in question and that Jerry Cedici fronted the costs of those officials' trip to Brazil It's further undisputed that those officials were intimately involved in the decision to reissue the permit in 2005 They were present at all the meetings I know that they actually presented information at the meetings regarding the progress of the construction as well as the officials were also involved in other aspects of the development Here, we believe that this satisfies both of those provisions The Circuit Court took issue with the fact that, as Your Honor noted, Hernandez testified he relied on law department advice and not on the advice of Brown and Quinn But our reading of those two ordinances neither requires that the person taking the gifts and taking the bribes actually affect the desired outcome on behalf of the person paying the bribes So we believe that that's an error on the part of the Circuit Court in its interpretation of the statutes that this Court can review de novo and we would urge the Court to reverse on that basis You're saying the Circuit Court abused the discretion? No, we believe the Circuit Court incorrectly made a mistake of law with regard to those ordinances Neither of those two ordinances requires that the people taking the gifts and taking the money actually create the desired result for the person giving the gifts Our position is that we know that Jerry Sedici for example, bought them dinner Under our under our reading of the ordinance at that point, Quinn and Brown could have turned around and tried really hard to get Jerry Sedici's permit reinstated and failed and that would still be a violation of the ordinance You can't buy somebody dinner with the understanding that they're going to do something for you That's the violation Not that they actually do it Didn't the Circuit Court find there was no connection? The Circuit Court found That's abuse of discretion That part is abuse of discretion but the connection that the Circuit Court was looking for was Hernandez's reliance on Quinn and Brown Whereas here our interpretation of the ordinance is that you don't need to have that ultimate outcome happening It's enough that there's a mutual understanding under B and under the second provision 2156040C there doesn't even have to be a mutual understanding You just have to give any gift that's more than $50 to any city official whose decision could affect your transaction So we think that the Circuit Court's factual finding there really wasn't relevant to the plain terms of the ordinance But it was a fact or was it that the law department did approve what was done? Yes Regrettably that isn't correct what happened And I would underscore for the court the city made numerous mistakes here Obviously in the issuance of this permit and in the reissuance of this permit We're not trying to hide from that fact But we do believe that the black letter law unequivocally shows why this court should be affirming on the plaintiff's claims and reversing on the counterclaims Uh Are you finished? I am unless there's any further questions You offered 3.4 I thought but you offered someplace over 300 3 million dollars We offered to plaintiffs 3 and a quarter Yeah I thought it was 3.4 but we won't argue No no oh You might be right I'm sorry We My point was not to dispute the number We made a substantial offer to the plaintiffs to purchase this property And they countered offer with 9 million That's correct You tried to negotiate The numbers were too far apart At that point Do you know how many people come used to come to me for pre-trials and with about the same figures Why can't you try to negotiate? I mean I think the evidence does show that it was the city that that initiated the negotiations Not this court should negotiate I'm thinking something else Did you come up here and ask for negotiation and mediation? I don't believe so I think the parties when they realized how far apart they were thought that that would not be a fruitful course of action You have no faith in our mediation service? Your Honor Respectfully I was not personally involved in that decision If there are no further questions Thank you very much Thank you very much Hmm Respectfully we cannot believe there is a stronger case for a judgment on this case with respect to this application granting the work order performing the work and then negotiating the settlement and then rejecting it Respectfully and secondly the determination of the court with respect to the proceedings subsequent to the settlement were appropriate all the facts were considered and we have responded in our brief Nothing further? Thank you very much Counselor Thank you Let me Let me thank both parties for presenting to us excellent briefs and making excellent oral arguments in this case We'll take this matter under advisement and we'll get back to you shortly Thank you very much